■ In the Matter of PATCHOGUE SCRAP IRON & METAL CO., INC., Petitioner, v DAVID HARRIS, as Commissioner of the Suffolk County Department of Health Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the Suffolk County Department of Health Services, dated October 25, 1983, which, after a hearing, found that petitioner had violated the Suffolk County Sanitary Code and ordered petitioner to pay a penalty.

Determination confirmed and proceeding dismissed on the merits, without costs or disbursements.

The determination of the Commissioner is supported by substantial evidence. While it would have been better if the Commissioner had made simple findings of fact as to the storage of hazardous materials, the determination is susceptible to intelligent review without it.

We have reviewed petitioner's other contentions and find them to be without merit. Lazer, J. P., Mangano, Gibbons and Weinstein, JJ., concur.

■ In the Matter of PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Appellant, v MARJORIE HOBSON et al., Respondents.—In a proceeding to stay arbitration of an uninsured motorist claim, the appeal is from a judgment of the Supreme Court, Nassau County (Balletta, J.), dated October 28, 1983, which, *inter alia,* dismissed the petition and directed the parties to proceed to arbitration.

Judgment reversed, on the law, with costs, and petition granted.

Petitioner was under no duty to give written notice of its denial of coverage pursuant to Insurance Law § 167 (8) (now § 3420 [d]) under a policy which did not cover the vehicle involved *(Zappone v Home Ins. Co.,* 55 NY2d 131). In the absence of physical contact, there could be no "hit-and-run automobile" as defined in the New York automobile accident and indemnification indorsement to the policy of insurance issued by petitioner. Accordingly, the claims made by respondents did not involve a covered vehicle and petitioner was under no duty to disclaim coverage *(Matter of Prudential Prop. & Cas. Ins. Co. [Schwartz],* 104 AD2d 557). Lazer, J. P., Mangano, Gibbons and Weinstein, JJ., concur.